UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sweegen, Inc.,<br><br>                Plaintiff,<br><br>     vs.<br><br>Manus Bio Inc.,<br><br>                Defendant. | 8:24-cv-01757-JVS (DFMx)<br>consolidated with<br>8:24-cv-01921-JVS (DFMx)<br><br>**CONSENT ORDER AND PERMANENT INJUNCTION**<br><br>Complaint Filed: August 12, 2024<br>Judge: Hon. James V. Selna |

**THIS MATTER** comes before the Court following a February 5, 2026 Settlement Conference before Magistrate Judge McCormick with the parties Sweegen, Inc. ("Sweegen") and Manus Bio Inc. ("Manus") (collectively the "Parties"), Sweegen and Manus have agreed to the making of this Consent Order to resolve the entirety of the claims brought by the Parties in these consolidated cases. The Parties submit this Consent Order to this Court for approval and entry.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A. **Sweegen's Third Amended Complaint**

1. Sweegen's Third Amended Complaint, ECF No. 68, is **DISMISSED with prejudice.**

B. **Manus' Complaint**

1. Sweegen is liable for the counts brought against it in Manus' Verified Complaint, ECF No. 1 (pre-consolidation Case No. 8:24-cv-01921):

    a. Trade Libel,

    b. Libel Per Se,

    c. Tortious Inference with Contractual Relations,

    d. Tortious Interference with Prospective Business Relations,

    e. False Advertising under the Lanham Act, 15 U.S.C. § 1125, and

    f. Unfair Competition under Cal. Bus. & Prof. Code § 17200 et seq.

The Court **GRANTS** Manus' request for a permanent injunction:

1. Sweegen is permanently enjoined from:

    a. making any statements, written or spoken, with the exception of the corrective press release, that

        i. Manus is engaged in misconduct regarding its labeling, advertising, or representations relating to NutraSweetM,

        ii. NutraSweetM is not made from Reb M,

        iii. NutraSweetM is not made via bioconversion in Augusta,

CONSENT ORDER AND PERMANENT INJUNCTION

Georgia, or

    iv.  NutraSweetM is not made using an "all-Americas" supply chain.

  b.  maintaining the Press Releases published in any print or digital format, including Sweegen, Inc.'s website LinkedIn, and other social media accounts; and

  c.  spreading, directly or indirectly, the claims in the Press Releases to any customers, potential customers or consumers.

**IT IS SO ORDERED.**

Dated: May 19, 2026

_____
Hon. James V. Selna
United States District Judge

CONSENT ORDER AND PERMANENT INJUNCTION